```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                    AT CHARLESTON
```

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:20-00154-05

JIMMIE LEE COLEMAN

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion to continue his plea hearing, currently scheduled for January 6, 2021. (ECF No. 212). In support of the motion and the need for a continuance, counsel for the defendant must quarantine for fourteen days because of exposure to a COVID-19 positive individual. For good cause shown, the motion to continue is **GRANTED** and the plea hearing is rescheduled for January 19, 2021, at 11:00 a.m., in Charleston.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

IT IS SO ORDERED this 30th day of December, 2020.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge